

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-26-00093-CV

IN THE MATTER OF THE MARRIAGE OF JESSICA LYONS AND
TYLER HERNANDEZ AND IN THE INTEREST OF V.R.E.H., A CHILD

On Appeal from the County Court at Law No. 3
Lubbock County, Texas
Trial Court No. DC-2023-FM-1739, Honorable Benjamin A. Webb, Presiding

April 13, 2026

MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

Appellant, Tyler Hernandez, appeals from the trial court's *Final Decree of Divorce.* The clerk's record was due March 19, 2026, but was not filed due to Appellant's failure to make payment arrangements for the record. *See* TEX. R. APP. P. 35.3(a)(2). By letter that day, we directed Appellant to pay for the clerk's record by March 30, 2026, or the appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, Appellant has not made payment arrangements for the clerk's record, filed a response addressing the omission, or submitted a notice electing to file an appendix in lieu of a clerk's record pursuant to Rule of Appellate Procedure 34.5a.

Consequently, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam